# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2799
_____

GLENN WILLIAMS,

   Appellant,

   v.

STATE OF FLORIDA,

   Appellee.

_____


On appeal from the Circuit Court for Columbia County.
Leandra G. Johnson, Judge.

March 15, 2019


PER CURIAM.

   AFFIRMED.

LEWIS, ROWE, and MAKAR, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Glenn Williams, pro se, Appellant.

Ashley B. Moody, Attorney General, and Barbara Debelius, Assistant Attorney General, Tallahassee, for Appellee.